IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 12  3 11 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------x
VERNON C. ROBINSON                  :     3:02CV1250(JBA)
                                    :
v.                                  :
                                    :
JOHN J. ARMSTRONG, ET AL.           :     DECEMBER 12, 2003
                                    :
------------------------------------------------x

### ORDER

On December 11, 2003, Judge Janet Bond Arterton referred <u>Vernon C. Robinson v. John J. Armstrong, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #20). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

                                          _____
                                          Joan G. Margolis
                                          U.S. Magistrate Judge