FILED

2003 DEC 17 A 8:38

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VERNON ROBINSON           :   CIVIL NO. 3:02CV1250 (JBA)(JGM)

v.                        :

JOHN ARMSTRONG, ET AL.    :   DECEMBER 16, 2003

### THE DEFENDANTS' MOTION TO MODIFY THE FINAL SCHEDULING ORDER, FILED DECEMBER 11, 2003

The defendants respectfully move this Court to modify the Final Scheduling Order, filed December 11, 2003, to allow the parties to file their Joint Trial Memorandum, or separate trial memoranda, by January 16, 2004, instead of by January 9, 2004. Such a modification would allow a settlement conference to be held on January 12, 2004, before United States Magistrate-Judge Joan Glazer Margolis and might obviate the need for any such document to be filed.

Additionally, defendants' counsel, Richard T. Biggar, will be out of the office from December 25, 2003 until January 12, 2004. Such a modification of the Final Scheduling Order will allow a full and complete trial memorandum to be filed and preserve all of the rights of the defendants. This is especially so since it will be difficult to contact and decide on all necessary witnesses before the Christmas holiday as a result of holiday plans of these witnesses and keepers of necessary exhibits.

Finally, such a modification of the Final Scheduling Order will not delay the February 14, 2004 date on which trial is scheduled to begin in this case and will not prevent a pre-trial conference from being held, as presently scheduled, on January 21, 2004.

The defendants' counsel has not contacted the plaintiff concerning this motion to modify the scheduling order since the plaintiff is pro se and is incarcerated in the custody of the

Commissioner of Correction. This is the defendants' first motion to modify the Final Scheduling Order, filed December 11, 2003.

>                   DEFENDANTS
>                   John Armstrong, et al.
>
>                   RICHARD BLUMENTHAL
>                   ATTORNEY GENERAL
>
>
>             BY:  _____
>                   Richard T. Biggar
>                   Assistant Attorney General
>                   110 Sherman Street
>                   Hartford, CT 06105
>                   Federal Bar #ct05195
>                   E-Mail: richard.biggar@po.state.ct.us
>                   Tel: (860) 808-5450
>                   Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of December 2003:

Vernon Robinson #280966
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

>                   _____
>                   Richard T. Biggar
>                   Assistant Attorney General

2