IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
VERNON C. ROBINSON                :         3:02 CV 1250 (JBA)
:
v.                                                     :
:
JOHN J. ARMSTRONG              :         DATE: JAN. 12, 2004
:
---------------------------------------------------------x

## ORDER

As agreed to in open court today as part of the settlement of this action, the Court waives collection of any filing fees not yet submitted to the Court.

Dated at New Haven, Connecticut, this 12th day of January, 2004.

                                              _____/s/_____
                                              Joan Glazer Margolis
                                              U.S. Magistrate Judge