UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

January 12, 2004

2:00 P.M.

*Held 2:22 - 4:00 PM (1 hr 38 min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02cv1250** (JBA) **Robinson v. Armstrong**

✓ Richard T. Biggar
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105
860-808-5450
860-808-5591 (fax)
richard.biggar@po.state.ct.us

*✓ Steve Strom*

✓ Vernon Robinson #280966
Northern Correctional Institution
PO Box 665
Somers, CT 06071

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK