TOTAL TIME: ___ hours ___ minutes

DEPUTY CLERK *R. moore*    HONORABLE *J. Cameradis*    CT/cvmhrg (January 10, 2002)
REPORTER/TAPE ___

DATE *1/12/04*    START TIME *8:50*    END TIME *4:00*
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. *3:02CV1250 (SRU)*

*Robinson*

vs.

*ARMSTRONG*

Plaintiffs Counsel *W. Robinson-Pro se*

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel *S. Strom AAG*
*R. Bryden AAG*

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh.) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☒ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

(form with empty Motion / Oral Motion lines, granted/denied/advisement and filed/docketed checkboxes)

Hearing continued until ___ at ___