UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VERNON C. ROBINSON           :

                             :     Civil No. 3:02cv1250 JBA

JOHN J. ARMSTRONG            :
LARRY MYERS, CHRISTINE
WHIDDEN, STEPHEN CLAPP,
THOMAS COATES, SURJU,
MICHAEL LAJOIE, KIM WEIR,
BARONE, PATTY WALLENHAUPT,
NANCY HILL, PAUL CHAPLAIN,
OGLESBY & MAURICE BUTLER

## ORDER OF DISMISSAL

Notice having been sent to counsel of record on January 13, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 11, 2004,

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 19th day of February 2004.

IT IS SO ORDERED:

_____/s/_____
Janet Bond Arterton, U.S.D.J.