UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON C. ROBINSON | : | CIVIL NO. 3:02CV1250 (JBA) |
| v. | : | |
| COMMR. JOHN J. ARMSTRONG, | : | |
| ET AL. | : | MARCH 8, 2004 |

### STIPULATION FOR JUDGMENT

The parties agree to jointly request the Court to execute the attached Stipulated Judgment

in this matter.

PLAINTIFF
Vernon C. Robinson

BY:     _____/s/_____
Vernon C. Robinson #280966
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071
Pro Se

DEFENDANTS
Commr. John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____/s/_____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05228
E-Mail:  richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed to the following on this _____ day

of March 2004:

       Vernon C. Robinson #280966
       Northern Correctional Institution
       P.O. Box 665
       Somers, CT 06071

_____/s/_____
Richard T. Biggar
Assistant Attorney General