UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON C. ROBINSON | : CIVIL NO. 3:02CV1250 (JBA) |
| v. | : |
| COMMR. JOHN J. ARMSTRONG, ET AL. | : |
| | : MARCH 12, 2004 |

## STIPULATION FOR JUDGMENT

The parties agree to jointly request the Court to execute the attached Stipulated Judgment in this matter.

PLAINTIFF
Vernon C. Robinson

BY: _____
Vernon C. Robinson #280966
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071
Pro Se

DEFENDANTS
Commr. John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591